UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANTHONY JOSEPH,

                         Petitioner,              26-cv-2979 (JGK)

          - against -                             ORDER

PAUL ARETEA, ET AL.,

                         Respondents.
_____

JOHN G. KOELTL, District Judge:

     The parties are directed to appear by telephone for a

conference in connection with the petition for writ of habeas

corpus on **Monday, April 13, 2026, at 2:00 p.m.**

     Dial-in: 646-453-4442, with access code 67527833#.

     Pending a decision on the habeas petition or any amended

petition, the petitioner shall not be transferred outside the

Southern or Eastern District of New York or the District of New

Jersey.


SO ORDERED.
Dated:    New York, New York
          April 10, 2026

                                        John G. Koeltl
                              United States District Judge