UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY JOSEPH,

                    Petitioner,

        - against -

PAUL ARTETA, ET AL.,

                    Respondents.

---

26-cv-2979 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held today, the respondents may file their response brief by April 17, 2026. The petitioner may file his reply brief by April 22, 2026. The Court's April 10, 2026 Order, ECF No. 3, enjoining the respondents from transferring the petitioner outside the Southern or Eastern District of New York or the District of New Jersey is extended until the resolution of the petitioner's habeas petition.

SO ORDERED.
Dated:    New York, New York
          April 13, 2026

                                        _____
                                            John G. Koeltl
                                        United States District Judge