UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY JOSEPH,

                Petitioner,

    - against -

PAUL ARTETA, ET AL.,

                Respondents.

---

26-cv-2979 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on Mr. Joseph's petition for a writ of habeas corpus on **Thursday, April 30, 2026, at 10:30 a.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.
Dated:    New York, New York
           April 28, 2026

                       John G. Koeltl
              United States District Judge