**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY JOSEPH,

                     Petitioner,                    26 **CIVIL** 2979 (JGK)

        -against-                         **JUDGMENT**

PAUL ARTETA, ET AL. ,

                    Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 30, 2026, the Petition is

granted in part; accordingly, the case is closed.

**Dated:** New York, New York

      May 4, 2026

                                    **TAMMI M. HELLWIG**

                                   _____
                                     **Clerk of Court**

                   **BY:**                                _____
                                     **Deputy Clerk**